1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10

11     UNITED STATES OF AMERICA,        )   Case No.: ED 14-106 M
                                        )
              Plaintiff,                )   ORDER OF DETENTION PENDING
12                                      )   FURTHER REVOCATION
           v.                           )   PROCEEDINGS
13                                      )   (FED. R. CRIM. P. 32.1(a)(6); 18
       Andres Serafin-Delgado           )   U.S.C. § 3143(a)(1))
14                                      )
              Defendant.                )
15     _____)

16          The defendant having been arrested in this District pursuant to a warrant

17     issued by the United States District Court for the _____Southern_____ District of

18     _California_ for alleged violation(s) of the terms and conditions of probation

19     or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21     Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22     A. (X)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)   information in the Pretrial Services Report and Recommendation

26              (X)   information in the violation petition and report(s)

27              (X)   the defendant's nonobjection to detention at this time

28              ( )   other: _____

1

1   and/ or

2 B. (X) The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (X) information in the Pretrial Services Report and Recommendation

7   (X) information in the violation petition and report(s)

8   (X) the defendant's nonobjection to detention at this time

9   ( ) other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: March 19, 2014

15        SHERI PYM
         United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2